IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ETHAN MAAG,<br><br>            Plaintiff,<br>v.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,<br><br>            Defendant. | **Case No. 2:23-cv-1039**<br><br>**Judge Graham**<br><br>**Magistrate Judge Deavers** |

## ORDER

This matter is before the Court on Defendant's motion to dismiss and compel arbitration, Doc. 5, in which it asserts that the dispute is governed by a binding arbitration agreement. The Court finds that there are genuine issues of material fact relating to the existence of such an agreement and the motion is **DENIED**. *See Bazemore v. Papa John's U.S.A., Inc.*, No. 22-6133, 2023 WL 4631540 (6th Cir. July 20, 2023).

      **IT IS SO ORDERED**.

                                                              s/ James L. Graham
                                                              JAMES L. GRAHAM
                                                              United States District Judge

DATE: August 8, 2023